
*EGS*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| Schwartz | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. **19   1975** |
| Trump, et. al. | | |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.  ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.  ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.  ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.  ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.  ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.  **550** (☒)

| | | |
|---|---|---|
| MAY - 6 2019 | *Paul McBride* | |
| **Date** | **Deputy Clerk** | **Attorney for** |

| | | |
|---|---|---|
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

*EGS*

19   1975

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: ___425 Inlertown Road, Bedford, PA 15522___

Address of Defendant: _____

Place of Accident, Incident or Transaction: ___Bedford___

---

**RELATED CASE, IF ANY:**

Case Number: _____   Judge: _____   Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?  Yes ☐  No ☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?  Yes ☐  No ☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?  Yes ☐  No ☐

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?  Yes ☐  No ☐

I certify that, to my knowledge, the within case ☐ is / ☐ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: ___05/06/2019___   ___Paul McComb___   _____
　　　　　　　　　　　*Attorney-at-Law / Pro Se Plaintiff*　　　　*Attorney I.D. # (if applicable)*

---

**CIVIL: (Place a √ in one category only)**

**A.** *Federal Question Cases:*

☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Patent
☐ 6. Labor-Management Relations
☑ 7. Civil Rights   550
☐ 8. Habeas Corpus
☐ 9. Securities Act(s) Cases
☐ 10. Social Security Review Cases
☐ 11. All other Federal Question Cases
　　　*(Please specify):* _____

**B.** *Diversity Jurisdiction Cases:*

☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury *(Please specify):* _____
☐ 7. Products Liability
☐ 8. Products Liability – Asbestos
☐ 9. All other Diversity Cases
　　　*(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or* pro se plaintiff, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: _____   _____   _____
　　　　　　　　　*Attorney-at-Law / Pro Se Plaintiff*　　　　*Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5/2018)*

*E G S*

April 22, 2019

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

**19      1975**

Case No. MJ-57301-3QR-000034

(to be filled in by the Clerk's Office)

Auburn Colette Schwartz

**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Donald Trump   Jay-Z Carter   SHAWN Carter
Beyonce Carter   Beyonce CArter
Zeiru Tamiyu, Zee
Judge Tony A OSMAN

**Defendant(s)**
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

The Clerk will not file a civil complaint unless the person seeking relief pays the entire filing fee (currently $350) and an administrative fee (currently $50) in advance, or the person applies for and is granted in forma pauperis status pursuant to 28 U.S.C. § 1915. A prisoner who seeks to proceed in forma pauperis must submit to the Clerk (1) a completed affidavit of poverty and (2) a copy of the trust fund account statement for the prisoner for the six month period immediately preceding the filing of the complaint, obtained from and certified as correct by the appropriate official of each prison at which the prisoner is or was confined for the preceding six months. See 28 U.S.C. § 1915(a)(2).

If the Judge enters an order granting a prisoner's application to proceed in forma pauperis, then the order will assess the filing fee (currently $350) against the prisoner and collect the fee by directing the agency having custody of the prisoner to deduct an initial partial filing fee equal to 20% of the greater of the average monthly deposits to the prison account or the average monthly balance in the prison account for the six-month period immediately preceding the filing of the complaint, as well as monthly installment payments equal to 20% of the preceding month's income credited to the account for each month that the balance of the account exceeds $10.00, until the entire filing fee has been paid. See 28 U.S.C. § 1915(b). A prisoner who is granted leave to proceed in forma pauperis is obligated to pay the entire filing fee regardless of the outcome of the proceeding, and is not entitled to the return of any payments made toward the fee.

Defendants

1. Donald Trump
2. Shawn Carter - Jay-Z
3. Beyonce Knowles Carter
4. Zee, Zeiaw famiyo
5. Barack Obama
6. Christoper Roland Bedford police
7. McCallory PO officer
8. Kathy Cathaw District Judge
9. DA Lesley Potts
10. Commonwealth of Pennsylvania
   c/o
11. Ciara Singer
12. Kim Kardashian West
13. Ivanka Trump
14. C/O Domingue
15. C/O Brow

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

## I.    The Parties to This Complaint

### A.    The Plaintiff(s) *I am White female 43 Years old*

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if
needed.

Name *Aubera Colette Schwartz*

All other names by which
you have been known: *Docket # CR-34-19*

ID Number *#19644, Blif #8 Cell*

Current Institution *Bedford Jail PA 15522*

Address *425 Intertown Road*

*Bedford PA 15522*
                   City       State      Zip Code

## B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s)
listed below are identical to those contained in the above caption.  For an individual defendant, include
the person's job or title *(if known)* and check whether you are bringing this complaint against them in their
individual capacity or official capacity, or both.  Attach additional pages if needed.

*Complaint # PA 19-299890*

Defendant No. 1

Name *Donald Trump Executive Police*

Job or Title *(if known)* *Executive of Police*

Shield Number *#3711*

Employer *Police Department Washington DC*

Address *2000 Washington Avenue*

*Washington DC*
                   City       State      Zip Code

☑ Individual capacity ☐ Official capacity

*Complaint # PA 19-299890*

Defendant No. 2

Name *Shawn Carter - JAY-Z*

Job or Title *(if known)* *Rapper*

Shield Number *Washington DC*

Employer *Police + Correction Department*

Address *425 Intertown Road*

*Bedford PA 15522*
                   City       State      Zip Code

☑ Individual capacity ☐ Official capacity

My Name is Auburn Colette Schwartz, I am white, I was born white at Thomas Jefferson hospital in South Philadelphia. Donald Trump Kidnapped me on February 27, 2019 at 18:30 pm at the SAC'S convenient Store, he had police officer Chrispher Toland with Intent threatened to Kill me After I was Rape and my property was Stolen. I was Arrested on Kidnapped and accused of theft and was put in the Bedford Gazette paper where they Accused me of vandalism, theft, Resisting Arrested and Denied Trump have lied on me with numerous of other charges. The Dentist attempted to Kill me with Anti biotics And to Attack my Heart.

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

PA #19-2498

Defendant No. 3

Name _Beychee Knowles Canter_

Job or Title *(if known)* _Singer R&B Singer_

Shield Number _Police Officer_

Employer _Washington DC._

Address _200 Washington DC._

_Dallas Texas_

| City | State | Zip Code |

☑ Individual capacity   ☐ Official capacity

Defendant No. 4

Name _Zee, Zeinu Amiyu African_

Job or Title *(if known)* _Correction officer_

Shield Number _Correction_

Employer _Bedford County Jeci_

Address _025 Inter town Road_

Complaint # 1 A 249890   _Bed Road PA  15502_

| City | State | Zip Code |

☑ Individual capacity   ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_YES. I HAVE been Kidnapp By_

_executive power Donald Trump._

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_Donald Trump, Beyonce Carter, Shutum_

_Cartor HAVE followed me to Pennsylvania_

_Bedford County Jail._

Defendants

Psychiatrist Price C/O

medical Department,

Inmate Winchfield Mel

Inmate Shawn Binns

Inmate Black girl Zarichos.

C/o Miller

C/o Price

C/o Zeina Tamiyo

C/o Shawn Carter

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

*THE Following defendants Are INVOLVE in KiDNApp.*

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*I AM SCARE∂ For My LiFE !*
*I AM WHITE HEIP ME PIEASE*

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee   *KidnApped #19644*
- [ ] Civilly committed detainee   *GUF#8*
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*   *KidnApped AmericAN CitiZen*

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*INSide SACS Convenient STORE I wAS RApE And KidnAppel.*

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

*DONAld TRUMP Refused to LET ME go they hoidiNg ME iNSide KidNApped Cell#8*

On March 19, 2019, while I was in ISol A girl white girl was killed in Gulf #2 my serial killer wheeler Ambeross & Browell, And Hom Zee Zeew Tamryn ' girl now tori Leuy, Mrvel.

Another Homicide in cell Gulf # I where A white girl was Shot by Beyncee Carter And Zee, And light skin girl on ~~March~~ April 17, 2019

I was not inside This cell I was in Gulf # 8

On March 1, 2019 The Dentist Gave me a two week Antibotic And to kill me The Dentist attampted to kill me

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

C.   What date and approximate time did the events giving rise to your claim(s) occur?

I WAS KICNAPP FEB 27, 2019
@ 10:30 pm Belford

County

D.   What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

I fleed from South philidelphia after
A gun was put to my head, I Came
To Bellford County ct feb 27, 2019 And
I was Kidnapped Rape By police.

**V.    Injuries**

Dinald trump ordered he police
to Kidnapp me,

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.   Yes, I am in pain
for A long time did not receive
medical care, I am in Abuse, I
Am Held in A psyward And I am
not crazy and the Men Are,

**VI.   Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I Ask for the court to have me
released And Charge the above
with Charges of Kidnapp. AT The
JAIL They Refused to protect me.

ON February 27, 2019 I was Kidnapp
Rape And Deponie Stole. All my
Property And have not Returned
it. I have been held at
the Bedford County Jail
I Requested from federal
Court But I been Let go
as soon as possible Please
my life is in danger Stay
In a housing Part where
there are murder Killings
by Serial Killer 2ee Zeimn
Ambrosi whirler Boowell and
more. Please help

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

*#19677 Gut#8*

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). *I Pleaded not guilty to false accusations and I was kidnapped.*

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)? *I Am Hated By white people and they do not Consider me white, to Schmutz family please help me*

ON April 24, 2009, I was not
talking to court, Moris 40 Moris
And police did not tooke me
to court my Are telling
Lies on men, my mom
Aileen Sara Schmunk told
Alot of Interest and Grounds
in my Care of me And Inside
the printacly what high Attrey.
bringin forth good Attributes
in All professions, however,
no one believing me nor did
the Judge care Tony h
Osman Do release me

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E.   If you did file a grievance:

1.   Where did you file the grievance? I file grievance RA I have been Kidnapped by Demores tromp bit Somone did not Forward the mail.

2.   What did you claim in your grievance? At the Belford canty Jail.

3.   What was the result, if any? Nothing was dang. Lies Are being told on me

4.   What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

No one help me here. Lies Are being told on me

I need Investigators
to come out to visit
me at the Bedford County
Jail 428 Imler Road
Bedford prison 15522.
I Abram Colette Schwartz
who was born to Aswell
known Mother Aileen Sara
Schwartz and Dad
John Stout Lee Schwartz
is held on Bail Of
20,000 without Help. Please
help me get out of this
Jail. Roy lied on me.

#19644

GVK#8

F.    If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:

I filed many complaints and the
Lt Foreman keep putting me in cells
of homicides,

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

Donald frump had me [illegible]
on [illegible] 27, 2019

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I am in serias abuse my fre
law have been violated by Judge
Tonya Osman she will not ref

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

the go. I have No Crimint
Record they have me in a pink jumpsuit

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

I am filing for case dismissed.

I Am in a male prison. I Am Being Abused they will not flush toilet no water to drink. I was called A nigger A piece of shit and classified As A white woman. the white people will not help me and the white people refused to accept me as Being white, they hate me. I Ask to Be removed out of this jail as Soon as possible. I had cant of march 27, 2019 and the Judge refused to see me April 24, 2019 my Judge refused to see me, jAils are different my Donald Trump I want to get Death penalty.

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights)

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this
     action?

     ☑ Yes

     ☐ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is
     more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

     1.   Parties to the previous lawsuit
          Plaintiff(s)   *Oreconstrength* *Mmm Colophe Schmtz*
          Defendant(s)   *Donald trump*

     2.   Court *(if federal court, name the district; if state court, name the county and State)*
          *federal court.*

     3.   Docket or index number

     4.   Name of Judge assigned to your case
          *Tonya Osmon*

     5.   Approximate date of filing lawsuit
          *February 27, 2019*

     6.   Is the case still pending?

          ☑ Yes

          ☐ No

          If no, give the approximate date of disposition.

     7.   What was the result of the case? *(For example: Was the case dismissed?  Was judgment entered
          in your favor?  Was the case appealed?)*

          *Nothing yet*

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your
     imprisonment?  *No*

The longer I am held in Jail the longer I want Donald Trump to get the death penalty. I was in Gut #8 And Removed by the CO price, I have and Emergency I Am Being ABused And mistreated Inside the housing Areas, I want to BE removed out of this Area

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

☐ Yes

☐ No

D.     If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit *Zein Thmiye*
     Plaintiff(s) *Norman Colette Schwarth*
     Defendant(s) *Darrid kring, Shawn Carter Bejurey Cruiyel.*

2.   Court *(if federal court, name the district; if state court, name the county and State)*

     *Federal court.*

3.   Docket or index number
     *MJ-57301-CR-000-0034-2019*

4.   Name of Judge assigned to your case
     *Bryat Osmm.*

5.   Approximate date of filing lawsuit  *4-30-19*

6.   Is the case still pending?

☑ Yes

☐ No

     If no, give the approximate date of disposition

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

     *Mothin yet*

     *# N9k4H*

C/O Price reminded me
that they do not give
me regular showers
our April 24, 2019,

And I am in Abuse .

Please help me out this
cell. Requesting to see
the Lieutenant but
the Lieutenant did not

Stop By to see me .
Please get me out our this

Case 3:19-cv-00074-KRG-KAP   Document 2   Filed 05/06/19   Page 23 of 24

E.D. Pa. AO 240 (Rev. 04/18) - Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)                    Page 3

7.   Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

*All of the Above*

8.   Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

*MA — # 196444*

**Declaration:**  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

4-24-19
_____
Date

_Shawn Colette Schmutz_
Applicant's signature

_Shawn Colette Schmutz_
Printed name

9.   **Certification of Prisoner's Institutional Account Balance:** An authorized prison official must complete the certification below, and furnish a certified copy of your institutional account statement showing all deposits, withdrawals, and balances for the prior six-month period, to be filed with this application.

56 I 5    I certify that the prisoner named herein has the sum of $ _____00_____ on account at _____ correctional institution, where he is presently confined.

I further certify that during the prior six-month period, the prisoner's average monthly account balance was $ _00_ ; and that the average amount deposited monthly in the account during the prior six-month period was $ _00_ .

_Indigent Funds_
Signature and Title of Authorized Prison Official

4-24-19
_____
Date

Please Be advised I'm located in A mens jail, the present I'm at in is housin Grif Brav Grif #8. However, I have requested to be put on Protective custody & please get me removed at this Location Arcing the Police is responsible for G Williamson.

I need your help I am Being Abused By the following people at the Cresson Jail.

No regular shower

No food any night time

No safety.

No where to go.

No protective custody.

locked in cell Since february 27, 2019 and not let out. Please help me as soon as possible. The ~~inmates~~ are lining on me.

I WANT TO BE RELEASED PLEASE HELP ME.