Wilburn Schwartz ID
Bedford County Correctional
Facility 425 Imlartown Rd
Bedford PA 15522
Suite #1 cell

United States District
Court for the Eastern
District of Pennsylvania
South Broad 601 Market
Street 19144

EMERGENCY

4-30-19 Mailout

Areebumy