IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AUBURN COLETTE SCHWARTZ, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 19-1975 |
| | : | |
| v. | : | |
| | : | |
| DONALD TRUMP, SHAWN CARTER - JAY-Z, BEYONCE KNOWLES CARTER, ZEE ZEINU FAMIGO, BARACK OBAMA, CHRISTOPHER ROLAND BEDFORD POLICE, MCCALLARY PO OFFICER, KATHY CALHOUN DISTRICT JUDGE, DA LESLEY POTTS, COMMONWEALTH OF PENNSYLVANIA, CIARA SINGER, KIM KARDASHIAN WEST, IVANKA TRUMP, C/O DOMINQUE, C/O BROW, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 9th day of May, 2019, after considering the *pro se* plaintiff's application for leave to proceed *in forma pauperis* (Doc. No. 1) and complaint (Doc. No. 2), it is hereby **ORDERED** as follows:

1. The clerk of court is **DIRECTED** to **TRANSFER** forthwith this matter to the United States District Court for the Western District of Pennsylvania;[1]

---

[1] Although the complaint is difficult to understand, it appears that the plaintiff is primarily challenging her incarceration and the conditions of confinement at the Bedford County Jail, which is in the Western District of Pennsylvania. *See* 28 U.S.C. § 118(c). In addition, her other claims, to the extent the court can discern them, appear to relate to events that occurred in Bedford County. As there is no apparent basis for venue in this district, the court will transfer this action to the United States District Court for the Western District of Pennsylvania, where the events giving rise to the plaintiff's claims occurred. *See* 28 U.S.C. § 1391(b) (providing grounds for venue); 28 U.S.C. § 1406 ("The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."); *Lafferty v. St. Riel*, 495 F.3d 72, 74–75 & n.3 (3d Cir. 2007) (declining to disturb district court's *sua sponte* transfer under section 1406(a)); *Decker v. Dyson*, 165 F. App'x 951, 954 n.3 (3d Cir. 2006) (stating that district court may *sua sponte* transfer case under section 1406(a)).

2.    The application for leave to proceed *in forma pauperis* is left to the discretion of the transferee court; and

3.    The clerk of court is directed to mark this docket number as **CLOSED** for statistical purposes.

BY THE COURT:


*/s/ Edward G. Smith*____
EDWARD G. SMITH, J.