5-9-19

PLEASE PUT OUT MISSING REPORT ← EGS

**FILED** MAY 15 2019 BEDFORD COUNTY CORRECTIONAL FACILITY

**FILED** MAY 22 2019 KATE HARKMAN, Clerk By_____ Dep. U.S. DISTRICT COURT WEST. DIST. OF PENNSYLVANIA

**RECEIVED** MAY 15 2019

19-74J

Docket # MJ 5301-CR-0000 54-2019

## INMATE STATEMENT FORM

19-1975

**Inmate Name and BCCF#:** # 19644 Cell 6 UF #1
**Date:** 5-9-19

Donald Trump kidnapped me claims his kidnapper. Let me Bedford prison holding me on trumped up charges but murder attempting to have me murdered by the white people at the jail. The following people involve are Judge Tonya Osman located at Bob Jumna street Bedford County PA. I am Afraid for my life. This prison is on kidnapper kill comp where I am hidden. Therefore I ask that a judge immediately have me removed from this jail. The white people here are extremely racist used to put poison in my food to kill me. Even tried to get arm to give shot numb or to have pain in my chest. They did

**Inmate Signature:** [signature]
**Shift Supervisor's Signature:**

I was not sick before I was kidnapped. They put medicine in my food to stop my heart.

Same thing to the white girl Natalee and Tori who died and is buried underground at the jail. The victim was Kim March 19, 2018. Marrowello Morrow asked me on 5-9-19 was I ready to eat my Breakfast. Jay Z, Beyonce And Donald Trump visit the Jail. Beyonce was in the Hanbin Area since March 19, 2019 to April 19, 2019. I asked that you urgently get me released from this jail due to medical reasons. I am having Respiratoral Problems. Thank you. Shauna Brendel is dangerous and went to kill me. I will keep asking Lieutenet to move me, Please Contact the Jail and put out A missing Person Ad. Thank you. Anna Schwartz

PB 4 CAT5 BICH