## Sick Call / Medical Request

Name: Schwartz, Auburn        Date: 5-8-19
DOB: 4/7/76                   Unit/Cell: G1

**(To Be Completed by Patient)**

Reason for Request: To: Chief Judge @ federal Court they Donald Trump the Doctor, nurses at the Bedford County prison, and the homosexual CO's are attempting to kill me

**(To Be Completed by Medical Staff)**

Date / Time Received in Medical: _____

Initials of Medical Staff Receiving Request: _____

Response: My family probably already put out A missing person ad I have been kidnapped since Feb 27, 2019 the fake police christopher

Signature: Auburn Schwartz      Date: _____

The dentist refuses to see me, shortness of breath

Roland And fake police McCallery came in the SACIS Convience Store in Belford County Bathroom Raped me and Stole all of my clothing And shoes clothing belts and more and threatened to kill me. These are not police officers they are fake police Badge #3711 And they are Armed and dangerous, And fake Judge Tonya Osman, I have not been to Court since on April 24, 2019 and I Am, they have no attention on releasing me but want me dead. Please Respond as soon as possible Please notify South Miracellum Police And Belford Detectives, Thankyou Adam Schunk,