Please put in a missing report 5-9-19

To: Chief Judge at federal court I do not know what is taking so long for you to get me released from jail my life is in danger to be killed and the following people are not Africans these are serious criminals who everyday as I am jail making many attempts to kill me. It is urgent that you do something I am a 1st time offender her acted I was kidnapped by Donald trump trump is a Syechner over police and have been stalking me and obsessed with me for over 6 years now that is why it is important that you take immediate action. Donald trump have ordered people to kill me and the white people at the federal jail who are priest Ku Klux Klan are putting chemicals inside my food to make me have a heart attack and cause respiratory problems. 5-9-19

In addition I have been kidnapped since February 27, 2019 I have been mistreated with abuse...

Docket # MRS Box CR 6000 Box 2019

5-20-19

ID# 19644 GU1 Cell #1.

At the prison due to these rapings me, since being brought to this jail there have been many deaths by the cops killing people and psychiatric staff is being supplied medical drugs such as Antipsycotics A mixture to put in food which is a federal offense. I have not been able to use the phone, Donald Trump have had no media put me in the papers I am a white girl born black. I have been making many attempts to reach you several letters have been sent out. I Rice for a habeas corpus to be release into a programmatic/court program as soon as possible. If you need to contact someone at the jail to speak on my behalf feel free to contact Luci the treatment specialist. There is one homo sexual who I am concern about name Shauna Funnel she is a white girl who is experiment features of me, she have put out a hit to have me killed

ID #19644 Gulf Cell #19

by her friends and family. Shenna made an attempt to kill her lover on 4-15-19 Mel Winfield that is why it is important that you take immediate action! Although Donald Trump want to control a judge he is unable too please he does not like white people he is for only black people. Please believe me if you have him followed you will see he only keep black people with him a he hate white. Since I been at the jail one CFO name Miller and CFO Brewer CFO Zke CFO Retona CFO Antoine the nurse CFO Hosta CFO Mueller Lt Purnell killed a white girl name Tori Lowe in name March a white girl in cell Gulf #2, on March 19, 2019. I was not housed in this area then. Then on April 15, 2019, one white female was shot in cell Gulf #1. And I was told when they put me Lt Sudler inside Gulf #8 that a white female was killed. The Lt, each trip, has kill someone

5-9-19

Hey put me inside the cell, However I request that you put a warrant out for release write a price Donald Trump got Shrine killing me by the south vali lalluluh police and bed ford police as soon as possible. The following people who are attempting to kill me is- Donald Trump, Jay-z, Beyonce, C/O price Lt pinney Nurse Natalie, C/O Dominque C/O Brazel C/O Marrow C/O Lt foreman, the Dentist, the Doctor, C/O Dobber C/O Lee Zemuh, a/k/a Mossekale, C/O Floor Kitchen Supervisor Nurse Patrick, Nurse Kim and many more. Due to them holding me in jail I have requested to see the Capt Lewis, I asked that you have the Chaplain notified. According to the law as a first time offender I was to be released, you knew that Judges met untried the inmate but Sireena Prunel didn't dead is not to be released from court but then jail, one black girl name z zacchris is to be released from jail, they want to kill her to and Katicy and Janileer, please notify the police as soon as possible. Thank you —

V Anderson Plunott—