Auburn Schwartz #1644D
25 Allentown Road Suite A
Bedford County Prison
Bedford PA 15522
CASE #19-1975

10: United Federal
Eastern district Court
Market Pl South Pixtled Phila
PA 19106 Chief Judge
team instructive

