EGS 19-745  4-30-19  19-1975
RECEIVED MAY 15 2019
Case 3:19-cv-00074-RRG-KAP Document 8 Filed 05/22/19 Page 1 of 4
FILED MAY 22 2019
CLERK U.S. DISTRICT COURT
EST. DIST. OF PENNSYLVANIA

To Judge Administive Judge in United States District Court for the Eastern district of PA.

Please send a lawyer to visit me at Bedford County Jail 425 Imlartown Road Bedford PA 15522. I Auburn Schwartz a white woman was Kidnapped by Donald Trump and taken inside a place call jail the housing unit where I am at in cell Gulf #1 they the Judge will not release me Tonya Osman, please get me out of this jail.

*Since I been inside this jail Feb 27, 2019 to March 27, 2019 4 soll, then put in cell Gulf #2. From March 27, 2019 to April 16, 2019. April 16, 2019 I was moved to Gulf cell #3. April 24, 2019 I was removed and put in Gulf #1. I am in trouble the white people is abusing me they put me in a mens jail the homosexuals are with —

#19644                       MAY 19 2019

ME, A WOMAN ON MARCH 19, 2019 WAS KILLED IN GUF #2 NAME TORI LEVY MARCH BY R C/O NAME MILLER AN C/O BROWN, C/O LEE. I WAS NOT HOUSED IN THE AREA. THE NURSE NATELIE WITNESSED THE WHITE GIRL DEATH. THE POLICE DID NOT SHOW-UP. THEN ON APRIL 18, 2019 I HEARD SOMEONE SHOT INSIDE GUF #1. THE A MALE WHITE C/O IS KILLING PEOPLE ALONG WITH C/O DGIELE C/O PRICE. NOW THEY WANT TO RAPE AND COMMIT

NAME ME WINGFIELD IN CELL #5. A MALE NAME SHAWN WANT ME WINGFIELD DEAD. SHAWN IS WANTING TO KILL ME HE IS DONALD TRUMP FAMILY. PLEASE HELP ME JUDGE. THEY ARE TRYING TO KILL ME. THEY PUT ME IN THE NEWS PAPER

Inmate [illegible] Fennel
Nurse Kim

I been lied on. I been in good behavior. Please contact LWC1 at the jail treatment specialist to have me put in a program. Mel Winfield is a soldier they want to kill. Please get her release from jail, no court.

Please have me released from LWC1. Thank you. I am afraid for all of our life. The cops be kill people.

Autumn Schmitt

IVANKA and TRUMP have ordered foreigners to hold me hostage. MEL WINDFIELD have her release from jail, THEY CLOZEE PLAN to KILL him

JUDGE HELP US PLEASE I AM AFRAID to BE KILLED, I AM BEING ABUSED BY BEYONCE CARTER, SHAWN CARTER JAY-Z, THE following people

- DONALD TRUMP
- Glen Norris Trump niece
- LT PURNELL
- LT FOREMAN
- LT WYONT
- C/O PRICE
- C/O RECTOR
- NURSE NATELIE
- NURSE PATRICK