To Lt Surder

The Black woman Zachary, Beyonce and Winchfield, And the rest of the women Are Practing me And It is out of control. Please, Remove me out of this cell Guf #1 if the woman are Sent me There with And tossing piss on me Please Remove me from this cell. I Need to be remove from this cell as soon as possible.

RECEIVED MAY 10 2019