# BEDFORD COUNTY CORRECTIONAL FACILITY
## Inmate Request Slip

**Date:** 4-26-19

**Officer:** Emergency

Cell #6 is Trable Block girl tossed water on me and cell #Gulf #8.

| Inmate Name: | #196411 | C/O Robinson |
| --- | --- | --- |
| Inmate ID (BCCF) #: | | girlfriend |
| Block/Cell: | #Gulf 1 Gulf 8 | |

**To (Check One):** Pressing charges against, cell #6 & 2-Archan's female

| ✓ | Warden | ✓ | Block Officer BLACK. |
| --- | --- | --- | --- |
| ✓ | Deputy Warden of Administration | ✓ | Maintenance |
| ✓ | Deputy Warden of Operations | ✓ | Kitchen |
| ✓ | Accounting | ✓ | Chaplain |
| ✓ | Records | ✓ | Probation |
| ✓ | Treatment Specialist | ✓ | Parole Officer |
| ✓ | Shift Supervisor | ✓ | Public Defender |
| ✓ | Medical | ✓ | Other: |

**Reason for Request:** This Morning ZARCHAN's tossed water on me the Black girl in cell #7 cell #6 Price put the 2 woman light inside cell #8 And Brittany sprayed me with chemical agent sorry. Please remove me from these Black. ZARCHAN's tossed a full cup of water on me. Brittany sprayed a freon chemical Agent on me. Price transferring from to cell #8. Price told them to spray me

**Received By:** Ann Colette Summ___

**Date Received:** 4-26-19

**Action Taken:** C/O Price told the women to spray me tossed water on me THE WHITE And BLACK GIRLS ARE FIGHTING ME. The white girls are fighting me NATELIE LIED AND STATED I threw piss when I did NOT I NEED HELP. The Black girl did not get in trouble and she tossed water on me and did not get in trouble.

CO #6 put the garbage under the stairs with request of the Deputy Warden, I am pressing charges against the following people for placing garbage under the stairs, the following people who is involve in this abuse are the following. The following people are responsible but that no accuse not to participate in this abuse and they are have almost, this abuse along with the lieutenant warden Mossiming and Moore. It is obvious that these men are sick and are adult bullies who need medication and are not taken it. The following people I am pressing charges against for calling me trash and doing bad illustration. The following people I press charges. 1. Donald Trump executive of police, Deputy warden Mossiming, Deputy warden Moore, police lieutenant Christopher Poland, Police McCullary, CIO Dee Zeigh family v, medical dentist anna white, Nurse Natalie Nurse, Kim, Nurse Amanda, Doctor, Psychiatrist CIO Price who is enforcing the inmates to provoke me. They calling me garbage trash and put the garbage right under the cells, I am recieving ongoing abuse it just wont stop. Aggravating Harrassment and abuse from CO #6 who keep giving me trouble, CIO Price is telling the men to do it to Bianca Schwartz a white woman.



# BEDFORD COUNTY CORRECTIONAL FACILITY
## Inmate Request Slip

**Date:** 4-24-19

**Officer:** Q 73

| | |
|---|---|
| **Inmate Name:** | Schwartz, Auburn Colette Schwartz |
| **Inmate ID (BCCF) #:** | 19644 |
| **Block/Cell** | G1 |

**To (Check One):** LuCi refused to see me.

| | |
|---|---|
| ✓ Warden | ✓ Block Officer |
| ✓ Deputy Warden of Administration | ✓ Maintenance |
| ✓ Deputy Warden of Operations | ✓ Kitchen |
| ✓ Accounting | ✓ Chaplain |
| ✓ Records | ✓ Probation |
| ✓ Treatment Specialist | ✓ Parole Officer |
| ✓ Shift Supervisor | ✓ Public Defender |
| ✓ Medical | ✓ Other: Lt Foreman |

**Reason for Request:** Requesting underwear, t-shirts and socks. Am indigent. Please be aware that I do not receive the services that I have to get medical or clothing etc. The hospital let/has stop my meds. The correction officers, the sheriffs and the nurse and the police want to kill me. Michelle Bell, Shauna Kimmel her law want her dead. Therefore I am reporting this. Also I have not taken a shower etc.

Are u/Auburn are not want me dead

**Received By** _____ **Date Received** _____

**Action Taken:** I am in trouble how long is it going to take for the judge to release me I have been on good behavior yet I am charged with a lot of charges for no reason. I request to see a Judge as soon as possible. The people in here the guards are just not afraid to get in trouble and this is dangerous the honorable...

Shared. The following people who are responsible for this racial abuse, and who are engaging in the kidnapp are terrible and trable people. Ms. Luci I asked that, the Deputy Warden notify you as soon as possible. I am pressing charges against the Jail Deputy Warden of Operations and Administrations for having to go to this abuse. It is horrible when I go to medical, or when I go to Court I am being mistreated. The Lady in the kitchen is not giving me all of my food, I am not receiving cake or cereal, or whatever it is that I am supposed to receive. The white people at the Jail Clopnce Ane is getting her adopted daughter who is a male to attack me. The following inmates who I am pressing charges against are cell #2, cell 3, cell #4, cell #5 Mel Armfield, Katie, Shauna Kennal, Brittany, Black female cell 2, 2 in cell #6, cell #7, cell#8 female light skin Black emate, for all the inmates who are participating in this abuse. The dentist have refused to treat my tooth. If any tooth need to be fixed I ask for no medical attention. The dentist did not show for work on Thursday April 24, 2019. I press charges against Commonwealth Court for communicating with the Jail and putting false accusations on me. Cleo Price who is Catholic is crazy. Auburn Seminary

# BEDFORD COUNTY CORRECTIONAL FACILITY
## Inmate Request Slip

**Date:** 4/25/19

**Officer:** Robertson 14

**Inmate Name:** Schwartz Auburn
**Inmate ID (BCCF) #:** 19644
**Block/Cell:** Gulf 1

**To (Check One):** Corrections Internal Affairs, I have asked to speak to Lt. None comes to cell.

| | | | |
|---|---|---|---|
| ✓ | Warden | | Block Officer |
| ✓ | Deputy Warden of Administration | ✓ | Maintenance |
| ✓ | Deputy Warden of Operations | | Kitchen |
| | Accounting | | Chaplain |
| ✓ | Records | | Probation |
| | Treatment Specialist | ✓ | Parole Officer |
| | Shift Supervisor | ✓ | Public Defender |
| ✓ | Medical | | Other: |

(Margin note: To: Lt Snyder. Request to see you @ cell court #1 medical department - Pressing charges against Bedford County CO's inmates Lt, Deputy Warden etc.)

**Reason for Request:** Please Be aware that I Auburn Schwartz A white woman, is being treated with intent prejudice and abuse, kidnapped in jail for petty charges deviant trespass, theft, resisting arrest, which I have not did any of the crimes, yet they are holding me. The following people I am pressing charges against is Donald Trump on pressing for not releasing me from jail, pressing charges on police office Christopher Polard, Po Mccafferty police officer c/o Zee Zesa family, in for aggravating harrasment, c/o price for abuse for aggravating harrasment and robbing me and stealing and giving food to inmates.

**Received By:** _____  **Date Received:** _____

**Action Taken:** Pressing charges Bedford PA Commonwealth Court, pressing charges against Tonya Osman for not releasing from jail and joining Donald Trump in this kidnap, pressing charges against the Bedford County jail Deputy Warden Moore, Warden Wilson, Deputy Warden Mosazzain who is aware that I am and have witness this abuse, but refused to speak on my behalf. I do not receive a personal assistance regularly showers or care as

May 7, 2019

To: Luci, please see me as soon as possible I am in 6u1#1 cell thank you.
Please be aware that on Feb 27, 2019 I Auburn Szumwartz who is a white young woman who was kidnapped by Donald Trump and fake police officer's Christopher Poland and police officers Mccallory, had been in Jail since Feb 27, 2019. I have been put in numerous cells were I am afraid for my life. I was put in the Bedford Gazette News paper in which they knew that I am white but because of the color of my skin want to protray me to be Black when I am not Black. c/o price is giving me severe problems, I ask that you please report this abuse to the Federal court, or to my The District Attorney Lesley potts who I have sent numerous mails to in Bedford County. I have [illegible] be kind not vicious but it is not respected and with intent the white people such as [illegible]

Auburn Szumwartz



# BEDFORD COUNTY CORRECTIONAL FACILITY
## Inmate Request Slip

**Date:** 4/25/19

**Officer:** Robertson 14

**Inmate Name:** Schwartz Auburn
**Inmate ID (BCCF) #:** 19644
**Block/Cell:** Gulf 1

**To (Check One):** Remove from jail into A treatment program.

| | |
|---|---|
| ✓ Warden | ✓ Block Officer |
| ✓ Deputy Warden of Administration | ✓ Maintenance |
| ✓ Deputy Warden of Operations | ✓ Kitchen |
| ✓ Accounting | ✓ Chaplain |
| ✓ Records | ✓ Probation |
| ✓ Treatment Specialist | ✓ Parole Officer |
| ✓ Shift Supervisor | ✓ Public Defender |
| ✓ Medical | ✓ Other: |

(top right note): TO: Treatment Specialist Luci And Chaplain I need to see you as soon as possible I am located in cell Gulf #1

**Reason for Request:** Requesting to see Luci the Treatment Specialist at cell Gulf #1. Luci it is Emergency that I need to see you. I was put in pink not for bad behavior but for being white. The federal system state system is treating me with abuse and I need someone to speak to. I request to see A Chaplain at my cell as well. Please forward this information to the Chaplain. I have been in 3 different cell's since Feb 27, 2019. ISO, Gulf #2 Gulf #8 And now Gulf #1. I need to see you.

**Received By:** Auburn Colette Schwartz

**Date Received:** 4-26-19

**Action Taken:** I Need for the Court Common Court to be Informed that April 24, 2019 C/o price did not have refused to enforced that I get to court. I had court. I even asked repeatedly that I go to court, I did not see a Judge on March 27, 2019 nor did I see a Judge on April 24, 2019. I need to see a lawyer or get a lawyer visit at the jail. I request that you inform the court as soon as possible. Thank you

I Am Skin And bones - doctor + Nurse want to kill me attempted to kill me.

## Sick Call / Medical Request

Name: Schwartz, Auburn            Date: 4-24-19
DOB: 4-7-76  Need C dentist       Unit/Cell: G1

**(To Be Completed by Patient)**

Reason for Request: I was diagnosed with malnutrition Therefore, I am requesting a high calorie diet 2 sandwiches And cereal, three milks And ensure for breakfast, broken tooth chipped And Root canal

**(To Be Completed by Medical Staff)**

Date / Time Received in Medical: Need to see the dentist

Initials of Medical Staff Receiving Request: I need more

Response: Food he c/o been skinny and giving food to inmates please inspect the food prior y/n.

Ann Colette Schwartz
Signature                          4-25-19
                                   Date

PLEASE, I ASK THAT I GET THE MEDICAL CARE THAT IS GRANTED TO ME BY LAW. THAT NOTHING BE WITHHELD IN AS FAR AS MEDICINE OR HEALTH CARE THAT I NEED WHILE IN JAIL. I WILL NOTIFY THE FEDERAL COURT IF ANYTHING IS WITHHELD. MALNUTRITION IS NOT ACCEPTED CONSTITUTIONALLY. My Mom Brivian Spirit Schwartz was A medical profession who Study Hard And made sure Her patients was well taken care of. My mom And Dad was white I was Born with color to my skin — I Am white, but The white People Fail to accept And Be prejudice towards me. Discriminating Against me as A Black Person When I Am white. Adam Cozette Schwartz

# Sick Call / Medical Request

Name: _____    Date: _____

DOB: 4-7-76                      Unit/Cell: _____

**(To Be Completed by Patient)**

Reason for Request: The medical department is charging me medically for non-treatment. I have not been able to be treated for tooth cavity malnutrition I am starving, I am being abused.

**(To Be Completed by Medical Staff)**

Date / Time Received in Medical: _____

Initials of Medical Staff Receiving Request: _____

Response: _____

Signature _____                Date _____