Edward Schwartz Id 196[illegible]
Bedford County Correctional
[illegible] 4?? [illegible]
[illegible] 15?2?

JOHNSTOWN PA 159
PM
13 MAY 2019

FOREVER
USA

To: United States District
Court [illegible] Eastern
District [illegible] Pennsylvania
[illegible]