3:19-cv-74

**FILED**
MAY 24 2019
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Dear Judge Keith Pesto

I feel in imminent danger to be killed at the Bedford jail. Please help me. I'm terrified of inmate Nate Jackson. He will kill me. He lives above my pen cell. I have been beaten and my food has been tampered with in my past...

can be found at

Can tell you

Marsh Attorney

Marks Zeath

814 731-9343

931-9343

Mark Call Me

A Crazy Black

was #19124 was sentencing me to terrance... a brief report to judge please stop prisons they built... release me... ...PITTSBURGH was sentencing...

[handwritten notes, largely illegible]

...lost control...
...Harris the prior...
...Miller male...
...LT Putnell...
...Lieutenant... TM...
...white MD...
...

I ME