# Mark S. Zearfaus, Esquire

P.O BOX 584
ALTOONA, PA 16603
TELEPHONE (814) 931-9348
FAX: 1-866-935-1790
ATTORNEYMARKZ@OUTLOOK.COM

May 16, 2019

Auburn Schwartz
Bedford County Prison
425 Imlertown Road
Bedford, PA 15522

Dear Auburn:

I just wanted to tell you that it did make me feel very bad to have to ask for a competency evaluation for you. You do seem to understand a lot --- but you are also wrong about a lot and not open to seeing reality.

You were not raped but police officers and you do not have a lawsuit against Bedford County in federal court in Philadelphia.

I want to work with you on this case; but you have to work with me. The way you act is just holding you up a whole lot. Even though you have no history with mental health ---- it is very apparent to me that you need to begin at this point in your life.

I heard you went crazy at the jail when they had to search you after court. I know that is not pleasant; but you really do have to be cooperative to avoid more charges being filed against you. I do not want to see you penned up in jail any longer than you have to be; but your own actions holding up your case.

You will be moved to Torrance State Hospital. Please be cooperative --- even though it may be unpleasant or something you do not want to do. I need to make sure you are competent to stand trial and that you can work with your attorney to defend yourself against these charges.

Sincerely,

*[signature]*

Mark Zearfaus, Esquire

*[Handwritten annotations in margins, partially legible:]* "They Know to kill me press charges help" / "Fmm all scared please help" / "Mark is evil" / "I ask Judge please to listen to all I not guilty"



Judge I am a
female born
a female. I have
a certificate
from Harvard
university.
2014 I been
sick after the
doctor given
me pills. Be known
is I'm a woman. She
is at the jail. Her

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF BEDFORD

# Rescheduling Notice

Mag. Dist. No: MDJ-57301
MDJ Name: Honorable Tonya M. Osman
Address: 1563 Market Street
P.O. Box 58
Schellsburg, PA 15559
Telephone: 814-733-4375

Auburn NMN Schwartz

Commonwealth of Pennsylvania
v.
Auburn NMN Schwartz

Docket No: MJ-57301-CR-0000034-2019
Case Filed: 2/27/2019
Comp/Cit #: PA19249890
OTN/LOTN: X 241251-3/X 241251-3

**Charge(s)**

| | | |
|---|---|---|
| 18 ... | Resist Arrest/Other Law Enforc... | |
| 18 § 3503 §§ B1I | Def Ties Actual Communication T... | |
| 18 § 3929 §§ A1 | Retail Theft-Take Mdse | 4 counts |

A Preliminary Hearing was previously scheduled on March 13, 2019 / 9:00 AM in the above-captioned case. It has been rescheduled to be held on/at:

Date: Wednesday, March 27, 2019
Place: Bedford County Central Court
200 South Juliana Street - Courtroom 3
Bedford, PA 15522
814-652-2523

Continuance requested by Auburn NMN Schwartz
Reason: Defendant Not Ready.
Comments: Preliminary hearing continued to have counsel appointed.

## Notice To Defendant

A complaint has been filed charging you with the offense(s) set forth above and on the attached copy of the complaint. If you fail to appear at the time and place above without cause, you will be deemed to have waived your right to be present at any further proceedings before the Magisterial District Judge and the case will proceed in your absence. If any of the charges against you are held for court, a request for a bench warrant against you will be transmitted to the Court of Common Pleas.

At the preliminary hearing you may:
1. Be represented by counsel;
2. Cross-examine witnesses and inspect physical evidence offered against you;
3. Call witnesses on your behalf, other than witnesses to testify to your good reputation only, offer evidence on your behalf and testify;
4. Make written notes of the proceeding, or have your counsel do so, or make a stenographic or electronic record of the proceedings.

If the case is held for court and you fail to appear without cause at any proceeding for which your presence is required, including trial, your absence may be deemed a waiver of your right to be present at such proceeding, including the trial, may be conducted in your absence.

If you cannot afford to hire an attorney, one may be appointed to represent you. Please contact the office of the Magisterial District Judge for additional information regarding the appointment of an attorney. If you have any questions, please call the above office immediately.
Should you fail to appear for your preliminary hearing, a warrant will be issued for your arrest.

March 13, 2019
Date

Magisterial District Judge Kathy S. Calhoun

If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation. You can make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at http://ujsportal.pacourts.us to make a payment.

MDJS 308
Printed: 03/13/2019 12:24:38PM

FREE INTERPRETER
www.pacourts.us/language-rights
814-623-4812

JUDGE, I AM SCHIZOPHRENIC

THEY HAVE ME IN A PSY WARD

THEY PUT ME ON A JAB WILL HURT ME

I HAVE NO HISTORY IN JAIL 4 MONTHS ABUSE NEVER I HAVE PROBLEMS